# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROVER PRODUCTS CO.,<br><br>Plaintiff,<br><br>vs.<br><br>MIDWEST TRUCK & AUTO PARTS, INC., FIND IT PARTS, LLC, NATIONAL DRIVETRAIN, INC., AND PDM, INC.,<br><br>Defendants. | Case No. 2:18-00127-AB-(PLAx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

Having reviewed and considered the [Proposed] Stipulated Protective Order, and finding good cause therefor, the Court rules as follows:

The [Proposed] Stipulated Protective Order is hereby GRANTED.

IT IS SO ORDERED.

DATED: May 21, 2018

*Paul L. Abrams*

Paul L. Abrams
United States Magistrate Judge